IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICKI NEWELL,

    Plaintiff,

vs.

NANCY A. BERRYHILL,

    Defendant.

Civil No. 16-cv-642-JPG-CJP

### JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, this action is dismissed with prejudice.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Nicki Newell.

**DATED:** May 3, 2017

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY: s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **U.S. DISTRICT JUDGE**